■ CLARENCE W. WADSWORTH, Appellant, v. LEON L. MOORE, Respondent. ESTHER M. WADSWORTH, an Infant, etc., Appellant, v. LEON L. MOORE, Respondent.— Motions granted and appeals dismissed, without costs.

■ JACQUILINE MISTRETTA, by SAMUEL MISTRETTA, Her Guardian ad Litem, et al., Appellants, v. CHRISTOPHER A. CAMPANELLA, Respondent.— Motion granted and appeal dismissed, without costs.

■ In the Matter of ROBERT V. HOOEY, Petitioner, against MICHAEL J. DEMYAN, JR., et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IVAN PETWAY, Appellant.— Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED SCUDIERE, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD W. BRESNAHAN, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal on typewritten papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN PELOW, Appellant.— Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.